IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                               ORDER

             Plaintiff,

                                           09-cv-328-bbc

   v.

MARCUS KILGORE,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In May 2009, defendant filed a premature motion for post conviction relief under 28 U.S.C. § 2255.  I denied that motion because his direct appeal was pending.  That appeal was decided in January 2010.  Almost immediately, defendant wrote to the court to request § 2255 forms, which were sent to him.  In the process, the court mistakenly reactivated the case that was opened in May 2009 rather than awaiting a new motion for relief by defendant.

      Because defendant has a year from the date on which his conviction became final in which to file a post conviction motion, there is ample time for him to file a motion for post conviction relief to initiate a new case.  Closing this case will not prejudice defendant in any respect.

1

ORDER

IT IS ORDERED that this action is closed.

Entered this 12th day of February, 2010.

                                         BY THE COURT:
                                         /s/
                                         BARBARA B. CRABB
                                         District Judge